IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

      Plaintiff,               No. 2:08-cv-0232 GEB JFM (PC)

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

      Defendants.         <u>ORDER</u>

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed May 29, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form and copies of his complaint which are required to effect service on the defendants. On June 16, 2008, plaintiff submitted the complaint copies but failed to submit the USM-285 form with the street address for service of the defendant.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff a blank USM-285 form; and

/////

1

2. Within thirty days, plaintiff shall submit to the court a completed USM-285 form for defendant Carter required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: July 2, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
seef0232.8f

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  BRIAN S. SEEFELDT,
11          Plaintiff,                No. 2:08-cv-0232 GEB JFM (PC)
12      vs.
13  CALIFORNIA DEPARTMENT OF
    CORRECTIONS AND
14  REHABILITATION, et al.,
15          Defendants.               NOTICE OF SUBMISSION
16  _____/     OF DOCUMENTS
17          Plaintiff hereby submits the following documents in compliance with the court's
18  order filed _____.
19          ___       completed USM-285 form for defendant Carter
20
21  DATED:
22
23
                                              _____
                                              Plaintiff
24
25
26
                                          3
```