IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

      Plaintiff,         No. CIV 2:08-cv-0232 GEB JFM (PC)

      vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

      Defendants.         ORDER

      /

      Plaintiff is a state prisoner proceeding pro se. On Jun 16, 2008, plaintiff filed a document styled "Motion to Obtain Names of Individuals Involved. " On July 14, 2008, plaintiff filed a styled "Motion for Discovery." The court construes these two documents as discovery requests. Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's June 16, 2008 and July 14, 2008 motions are construed as discovery requests and will be disregarded. Plaintiff is

1 | cautioned that further filing of discovery requests or responses, except as required by rule of
2 | court, may result in an order of sanctions, including, but not limited to, a recommendation that
3 | this action be dismissed.
4 | DATED: July 21, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
seef0232.411