EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5288
 Fax:           (916) 324-5205
 Email:  Megan.OCarroll@doj.ca.gov

Attorneys for Defendant Carter

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRIAN S. SEEFELDT,**<br><br>                                     Plaintiff,<br><br>        v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                     Defendants. | CASE NO.: 2:08-CV-00232 GEB JFM<br><br>**ORDER** |

Defendant's first request for an enlargement of time to file a responsive pleading was considered by this Court, and good cause appearing,

IT IS ORDERED that Defendant has until October 23, 2008, to file a responsive pleading.

DATED: September 29, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/seef0232.ext

[Order]

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28