1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRIAN S. SEEFELDT,

11              Plaintiff,                    No. CIV S-08-0232 JFM P

12        vs.

13   CALIFORNIA DEPARTMENT
     OF CORRECTIONS AND
14   REHABILITATION, et al.,

15              Defendants.                   ORDER

16   _____/

17              Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

18   rights action pursuant to 42 U.S.C. § 1983.  On October 10, 2008, plaintiff filed a request to stay

19   this action for a period of three months while plaintiff is undergoing and recovering from brain

20   surgery.  Defendant has filed a statement of non-opposition to the request.  Defendant requests

21   that he be given a period of thirty days after the stay is lifted to file a responsive pleading.

22              Good cause appearing, IT IS HEREBY ORDERED that:

23              1.  Plaintiff's October 10, 2008 request to stay this action is granted;

24              2.  This action is stayed until further order of court;

25   /////

26   /////

1

3.  Plaintiff is directed to file a request to lift the stay of this action as soon as practicable following recovery from his surgery and is cautioned that this action will not proceed further unless and until he files a request to lift the stay;

4.  Defendant is relieved of the obligation to file a responsive pleading until further order of court; and

5.  The Clerk of the Court is directed to administratively close this action.

DATED: October 29, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
seef0232.sta