IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

    Plaintiff,                      No. CIV 2:08-cv-0232 GEB JFM (PC)

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. On December 5, 2008, plaintiff filed a document styled "Motion: To Be Moved to Federal Custody to Protect Life and Limb." (Docket No. 37.) Good cause appearing, counsel for defendants shall file a response to plaintiff's motion within five court days from the date of this order.

        Accordingly, IT IS HEREBY ORDERED that within five court days from the date of this order, counsel for defendants shall respond to plaintiff's December 5, 2008 motion.

DATED: December 10, 2008.

                                /s/ John F. Moulds
                          UNITED STATES MAGISTRATE JUDGE

001; seef0232.fb

1