IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

        Plaintiff,                    No. 2:08-cv-0232 JFM P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.               ORDER

                               /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 10, 2008, plaintiff filed a request to stay this action for a period of three months while plaintiff is undergoing and recovering from brain surgery.  By order filed October 29, 2008, plaintiff's request to stay this action was granted and the action was stayed until further order of court.  In the October 29, 2008 order, plaintiff was directed to file a request to lift the stay of this action as soon as practicable following recovery from his surgery and was cautioned that this action will not proceed further unless and until he files a request to lift the stay.  On December 15, 2008, plaintiff filed a request to extend the stay of this action.  Therein, plaintiff alleges that he has filed both a state and a federal habeas corpus action in connection with the brain surgery.

Plaintiff is informed that the stay of this action is indefinite and will only be lifted if and when he files a request to lift the stay. For that reason, plaintiff's motion to extend the stay will be denied as unnecessary.

On December 5, 2008, plaintiff filed a motion to be transferred to federal custody. On December 10, 2008, defendant was directed to respond to that motion. On December 15, 2008, defendant filed a response. Good cause appearing, plaintiff will be directed to inform the court in writing whether he is represented by counsel in the criminal proceedings now pending against him in Solano County Superior Court and, if so, to provide the name and address of the attorney representing him in those proceedings.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's December 15, 2008 motion to extend the stay of this action is denied as unnecessary; and

2. Within ten days from the date of this order plaintiff shall inform the court in writing whether he is represented by counsel in the criminal proceedings now pending against him in Solano County Superior Court and, if so, to provide the name and address of the attorney representing him in those proceedings.

DATED: December 18, 2008.

UNITED STATES MAGISTRATE JUDGE

12
seef0232.o