IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

      Plaintiff,                      No. 2:08-cv-0232 GEB JFM (PC)

      vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

      Defendants.                 <u>ORDER</u>

_____/

      Pursuant to the stipulation of the parties filed January 28, 2009, and good cause appearing, IT IS HEREBY ORDERED that discovery is stayed until a scheduling order and a discovery order are filed in this action.

DATED: February 3, 2009.

                                    UNITED STATES MAGISTRATE JUDGE

12
seef0232.stip

1