IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

      Plaintiff,                    No. 2:08-cv-0232 GEB JFM (PC)

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

      Defendants.                <u>ORDER</u>

                             /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        On August 26, 2009, plaintiff filed a document styled as a motion to lift stay and open discovery. This action has not been stayed, and discovery is open. Plaintiff's August 26, 2009 motion is unnecessary and will therefore be denied.

        On August 27, 2009, plaintiff filed a document styled as a motion to change current calendar dates. Therein, plaintiff represents that on October 13, 2009, he will be sentenced and released from the Solano County Jail. He asks that all dates be reset beyond that date. At present, no deadlines have been set in this action. Plaintiff's motion is unnecessary and will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's August 26, 2009 motion to lift stay is denied.

2. Plaintiff's August 27, 2009 motion to change dates is denied.

DATED: September 8, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
seef0232.o3