IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

      Plaintiff,                    No. 2:08-cv-0232 JFM (PC)

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.             ORDER

         Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

         On April 16, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Reyes was returned unserved because there is no one by that name employed by the California Department of Corrections and Rehabiliation. Plaintiff must provide additional information to serve this defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

         Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed February 26, 2009;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Reyes;

    b. Two copies of the endorsed complaint filed February 26, 2009; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: November 11, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/md
seef0232.8e

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   BRIAN SEEFELDT,
11           Plaintiff,                    No. 2:08-cv-0232-JFM (PC)
12       vs.
13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
14   REHABILITATION, et al.,               NOTICE OF SUBMISSION
15           Defendants.                   OF DOCUMENTS
16   _____/
17           Plaintiff hereby submits the following documents in compliance with the court's
18   order filed _____:
19           _____    completed summons form
20           _____    completed USM-285 forms
21           _____    copies of the _____
                                    Complaint/Amended Complaint
22   DATED:
23
24
                                              _____
25                                            Plaintiff
26