IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

        Plaintiff,              No. 2:08-cv-0232-JFM (PC)

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.          <u>ORDER</u>

                                /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2009 and October 7, 2009, plaintiff filed requests for a Rule 45 subpoena. It is unclear whether the documents plaintiff seeks may be obtained through discovery requests served on defendants in this action.

        Accordingly, good appearing, IT IS HEREBY ORDERED that plaintiff's September 23, 2009 and October 7, 2009 requests for issuance of Rule 45 subpoenas are denied

/////

/////

/////

/////

1

1  without prejudice to renewal, as appropriate, on a showing that the records plaintiff seeks cannot
2  be obtained through discovery requests served on defendants in this action.
3  DATED: November 11, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
seef0232.o4