IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

      Plaintiff,           No. 2:08-cv-0232-JFM (PC)

   vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION, et al.,

      Defendants.      <u>ORDER</u>

_____/

      Defendants Hirschler, Newman, Mendoza and Russell have timely requested an extension of time to file a responsive pleading. Plaintiff opposes the motion and seeks entry of judgment. Good cause appearing, defendants' request will be granted. Defendants will be granted an extension of time until December 2, 2009 to file and serve a responsive pleading. As defendants are not in default, plaintiff's motion for entry of judgment will be denied.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Defendants' October 28, 2009 motion for an extension of time is granted;

      2. Defendants Hirschler, Newman, Mendoza and Russell are granted until December 2, 2009 to file and serve a responsive pleading; and

/////

1

3.  Plaintiff's November 6, 2009 motion for entry of judgment is denied.

DATED: November 23, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
seef0232.36