IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

    Plaintiff,                No. 2:08-cv-0232-GEB-JFM (PC)

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

    Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 3, 2009, plaintiff filed a motion to stay this action for a period of six months pending his recovery from neurosurgery to remove a tumor.  Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order defendants shall file and serve a response to plaintiff's motion to stay this action.

DATED: December 8, 2009.

UNITED STATES MAGISTRATE JUDGE

12;seef0232.o5

1