IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

       Plaintiff,                    No. 2:08-cv-0232-GEB-JFM (PC)

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

       Defendants.             <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 3, 2009, plaintiff filed a motion to stay this action for a period of six months pending his recovery from neurosurgery to remove a tumor. By order filed December 9, 2009, defendants were directed to respond to plaintiff's motion. All defendants have filed statements of non-opposition to the motion.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's December 3, 2009 motion to stay is granted;

       2. This action is stayed until further order of court;

       3. This action shall not proceed further unless and until plaintiff files a motion to lift the stay put in place by this order;

/////

1

4.  If plaintiff does not file a motion to lift the stay within twelve months from the date of this order, any defendant may file a motion for dismissal pursuant to Fed. R. Civ. P. 41; and

5.  The Clerk of the Court is directed to administratively close this action.

DATED: December 22, 2009.

                                  UNITED STATES MAGISTRATE JUDGE

12
seef0232.o6