IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

      Plaintiff,                        No. 2:08-cv-0232-GEB-JFM (PC)

     vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATIONS, et al.,

      Defendants.                 <u>ORDER</u>

                                   /

         By order filed December 23, 2009, this court granted plaintiff's motion to stay this action for a period of six months pending his recovery from neurosurgery to remove a tumor. The December 23, 2009 order provided that this action would not proceed further unless and until plaintiff filed a motion to lift the stay. Plaintiff has filed nothing further in this action.

         On February 18, 2011, defendants filed a motion to dismiss for lack of prosecution pursuant to Federal Rule of Civil Procedure 41. Plaintiff has not opposed the motion.

         Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On July 21, 2008, plaintiff was advised of the requirements for

1

1 filing an opposition to the motion and that failure to oppose such a motion may be deemed a
2 waiver of opposition to the motion.
3       Local Rule 110 provides that failure to comply with the Local Rules "may be
4 grounds for imposition of any and all sanctions authorized by statute or Rule or within the
5 inherent power of the Court."  In the order filed July 21, 2008, plaintiff was advised that failure
6 to comply with the Local Rules may result in a recommendation that the action be dismissed.
7       Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
8 date of this order, plaintiff shall file an opposition, if any he has, to the motion to dismiss or a
9 statement of non-opposition.  Failure to comply with this order will result in a recommendations
10 that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).
11 DATED: March 25, 2011.

UNITED STATES MAGISTRATE JUDGE

12
seef0232.46o